**96-396.** State ex rel. Wilkey v. Indus. Comm. *Franklin County*, No. 94APD11-1675. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**96-581.** State ex rel. Wykoff v. Indus. Comm. *Franklin County*, No. 95APD03-331. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County. Upon consideration of appellants/cross-appellees' application for dismissal of their appeal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

The appeal of Robert G. Wykoff remains pending and the parties shall proceed under S.Ct.Prac.R. VI(1), (2), and (3). The brief of appellant, Robert G. Wykoff, shall be due within forty days of the date of this entry.

*Tuesday, April 30, 1996*

## MERIT DOCKET

**96-941.** State ex rel. Fid. & Deposit Co. of Maryland v. Payne. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that the writ of prohibition be, and hereby is, denied, effective April 29, 1996.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

DOUGLAS, J., dissents and would grant an alternative writ.

## MISCELLANEOUS DISMISSALS

**96-164.** Watson v. Miami Cty. Mun. Court. *Miami County*, No. 95CA71. This cause is pending before the court as an appeal from the Court of Appeals for Miami County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective April 29, 1996.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

PFEIFER and COOK, JJ., dissent and would deny the application as untimely.